# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2944 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 14 DB 2023 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 62930 |
| KIMBERLY J. SIMON-PRATT, | : | |
| | : | |
| Respondent | : | (Greene County) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of February, 2023, upon consideration of the Verified Statement of Resignation, Kimberly J. Simon-Pratt is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215.  Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).